Matter of DeLeon v McKissen (2023 NY Slip Op 01435)

Matter of DeLeon v McKissen

2023 NY Slip Op 01435

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

944 CAF 21-01472

[*1]IN THE MATTER OF LOURDES M. DELEON, PETITIONER-APPELLANT,
v
CARLOS COLON MCKISSEN, RESPONDENT-RESPONDENT. (APPEAL NO. 3.) 

BRUCE C. ENTELISANO, UTICA, FOR PETITIONER-APPELLANT.
D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR RESPONDENT-RESPONDENT.
JUSTIN F. BROTHERTON, WATERTOWN, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Jefferson County (Eugene R. Renzi, A.J.), entered September 20, 2021 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of McKissen v DeLeon ([appeal No. 2] — AD3d — [Mar. 17, 2023] [4th Dept 2023]).
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court